UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-123-MOC-WCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TRAVIS TRAMAINE ELLIOT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 71). The Government has filed a response in support of the motion. (Doc. No. 73).

This Court previously sentenced Defendant to 88 months imprisonment, followed by three years of supervised release. Defendant served his time in prison and has successfully completed more than two-thirds of his term of supervised release. No petitions have been filed alleging any violations of the terms and conditions of that supervised release. In its response in support, the Government asserts that it has checked with the United States Probation Officer in the District of South Carolina overseeing Defendant's supervision. The probation officer has confirmed that Defendant is still compliant with his supervision and has excelled on supervised release. Neither the Government nor probation opposes the early termination of Defendant's period of supervised release. Because Defendant has shown that he is a good candidate for early termination, the Court will therefore grant Defendant's motion.

**IT IS THEREFORE ORDERED** that Defendant's pro se Motion for Early Termination of Probation/Supervised Release, (Doc. No. 71), is **GRANTED**.

1

Signed: September 23, 2022

Max O. Cogburn Jr
United States District Judge

2